UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ZHOU MIN PETITIONER

V. CIVIL ACTION No. 5:26-CV-550-DCB-RPM

R. VERGARA RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation ("Report") [ECF No. 8] of the United States Magistrate Judge entered herein on September 22, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In the Report, Judge Myers recommended that Zhou Min ("Petitioner")'s Petition [ECF No. 1] be dismissed without prejudice because Petitioner has been removed from the United States to China on June 23, 2026. Petitioner, proceeding pro se, has failed to file objections to the Report by his deadline of October 6, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Petitioner's Petition [ECF No. 1], Respondent's Motion to Dismiss [ECF No. 3], filed September 2, 2026, and the related filings. The Court observes that Petitioner did not respond to the Motion to Dismiss, and as stated above, did not file objections to the Report. Having considered the Report of Judge Myers, the Court adopts his findings and conclusions in full.

In his Report, Judge Myers determined, after a thorough review of the applicable law, that Zhou Min's removal from the United States mooted these proceedings. The Court agrees. See, e.g., Francis v. Lynch, 622 F. App'x 455, 455-456 (5th Cir. 2015) (holding that the petitioner's challenge to the duration of his detention pending removal became moot when he was removed from the United States); see also John v. U.S. Immigration and Customs Enforcement, No. 3:25-CV-1844-B-BW, 2026 WL 569043 (N.D. Tex. Feb. 6, 2026) (dismissing ICE detainee's § 2241 petition without prejudice as moot upon evidence of his removal from the United States).

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation [ECF No. 8] be, and the same hereby is, adopted as the finding of this Court. Consequently, the Court finds Respondent's Motion to Dismiss [ECF No. 3] is GRANTED, and Zhou Min's Petition for Writ

of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] should be dismissed without prejudice. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED, this the 14 day of October, 2026.

/s/ David C. Bramlette
David C. Bramlette III
UNITED STATES DISTRICT JUDGE